IN THE UNITED STATES DISRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION


DENIED

PATRICK MICHAEL DUFFY
United States District Judge

Maurice Graves, 3208580 ) Civil Action No. 3:09-540-PMD
    Petitioner, )
) February 24, 2010
)
v. ) Petitioner Motion Asking the Judge to
) hear additional evidence not considered
) by the magistrate judge
A.J. Padula, )
    Respondent, )

I, the Pro Se petitioner in the above case now "Motion asking the District Judge to hear additional evidence not considered by the magistrate judge.

In the "Report and Recommendation" dated filed 09-11-09 page 7 of 10, paragraph 3. The United States Magistrate Judge stated, "According to counsel, Graves gave no indication that an insanity defense was plausible."

Petitioner, would like to show the court that an insanity defense was plausible. And if the magistrate judge would of been aware of such evidence, petitioner believes that the magistrate judge would have ruled in favor of the petitioner.

Petitioner will now ask the District Court to consider additional evidence from the trial transcript that may have not bee revealed to the magistrate judge.

Again, petitioner believes that if all the evidence thats revealed to the District Judge, would have been reveal to the magistrate judge, then the outcome of the "Report and Recommendation" would have been different.

Petitioner will now show the evidence that an insanity defense was plausible, if trial counsel would have investigated or taken interest in petitioner case. And not abandoned petitioner as a client.

See: (Trial transcript pg. 23 lines 19-20) (where officer Warren Lee Davis testified at trial that, "Applicant had on no shoes and shirt in officer Davis home of the night of the burglary.")

Also see: (Trial transcript pg. 39 lines 20-24) Cross examine by Trial Counsel Ms. Ferrari.

(1)